IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                      NO. 6:10-CR-60008-001

DEYONDY L. HIGGINS                                          DEFENDANT

**ORDER**

Now on this 30th day of January 2013, there comes on for consideration the report and recommendation filed herein on November 7, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 37). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 33) is **GRANTED** for the purpose of re-sentencing pursuant to the mandatory minimum standards adopted by Congress in the Fair Sentencing Act (FSA).

Application of the FSA changed the applicable mandatory minimum term of imprisonment from 10 years to five years. The Base Offense Level provided for in the November 1, 2010, edition of the United States Guidelines Manual for an offense involving

"[a]t least 50 G but less than 150 G of Cocaine Base[]" is 30. U.S.S.G. § 2D1.1(c)(5). The Supplement to the Federal Sentencing Guidelines Manual and Appendices (2010) provided that the base offense level post-FSA for offenses involving "[a]t least 112 G but less than 196 G of Cocaine Base" to be 28.[1] Because Defendant's PSR computed Defendant's Guideline range using the post-FSA lowered base offense level of 28[2] Defendant's calculated Guideline range of imprisonment of 120 to 150 remains unchanged.

For all the reasons stated herein and previously, and notwithstanding the lowered mandatory minimum, Defendant is hereby re-sentenced to 120 months with the Bureau of Prisons with all other conditions of Defendant's sentence to remain the same. The Addendum to the PSR shall be filed under seal as an attachment to this order. The United States Probation Office is directed to prepare an Amended Judgment in this matter. Should Defendant wish to appeal, his appeal must be filed within fourteen (14) days after entry of the Amended Judgment.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

---

[1] To implement the directives set forth in the FSA, the Sentencing Commission promulgated a temporary emergency amendment of the sentencing guidelines and published the Supplement to the Federal Sentencing Guidelines Manual and Appendices (2010).

[2] The Government's Response noted "[a]ccording to U.S.S.G. § 2D1.1(c)(5) in effect at the time of Higgins' sentencing, his base offense level should have been 30 based on 112.8 grams of cocaine [base]." See Doc. 35 n.1.